4655.  HENSON *v.* THE STATE.

HILL, C. J.  The indictment charged the sale of liquor in Fayette county. The evidence proved six sales made in that county. Shortly after the time of these sales the accused moved from Fayette county "over into Clayton county;" and a witness who had testified to sales in Fayette county testified that he subsequently bought liquor from the accused in Clayton county.  *Held:*  Under the particular facts of this case, the admission of the testimony as to the sale in Clayton county was not so harmful as to require another trial, especially in view of the judge's instruction to the jury that they could convict only on evidence as to sales made in Fayette county.                      *Judgment affirmed.*

DECIDED APRIL 16, 1913.

Indictment for sale of liquor; from Fayette superior court—Judge R. T. Daniel.  January 9, 1913.

*J. W. Culpepper,* for plaintiff in error.

*E. M. Owen, solicitor-general, J. W. Wise,* contra.